IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JAYNER FERNANDEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>   Defendant. | Case No. **6:18-cv-1173-PGB-GJK** |

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

**NOW COME**, Plaintiff, Jayner Fernandez, and Defendant, Capital One Bank (USA), N.A., through their respective undersigned attorneys and respectfully state and pray:

1. On July 20, 2018, Plaintiff filed the complaint in this case (Dkt. 1).

2. On October 1, 2018, Defendant answered the Complaint (Dkt. 18).

3. Federal Rule of Civil Procedure 41 provides, in relevant part:

(a) Voluntary Dismissal.

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

**(ii) a stipulation of dismissal signed by all parties who have appeared.**

(B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal-or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

Fed.R.Civ.P. 41, 28 U.S.C. (emphasis added).

4. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties respectfully notify the Court that they have stipulated to the voluntary dismissal of the Complaint, with prejudice. The parties will assume their own litigation costs and fees.

**WHEREFORE**, the parties respectfully request this Honorable Court to GRANT the instant request for voluntary dismissal of the present case, with prejudice.

Dated: February 12, 2019           Respectfully submitted,

**/s/ Carlos C. Alsina-Batista**
Carlos C. Alsina-Batista (Pro Hac Vice)
THE LAW OFFICES OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Telephone: (657) 363-3331
Facsimile: (657) 246-1311
Email: CarlosA@jlohman.com
**Attorney for Jayner Fernandez**

**/s/ Megan P. Stephens**
Megan P. Stephens (FL Bar No. 0092557)
BURR & FORMAN LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 35203
Telephone: 205-251-3000
Facsimile: 205-714-6893
Email: mstephens@burr.com
Attorney for Defendant,
**Capital One Bank (USA), N.A.**

### Certificate of Service

I hereby certify that I filed the foregoing document using the Court's CM/ECF system, which will notify all parties, through their attorneys of record.

32964531 v1

-3-

Dated: February 12, 2019            RESPECTFULLY SUBMITTED,

                               By:*/s/ Carlos C. Alsina*
                                    Carlos Alsina
                                    Attorney for Plaintiff, Jayner Fernandez

32964531 v1