**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**


JAYNER FERNANDEZ,

      Plaintiff,

v.                                 Case No:  6:18-cv-1173-Orl-40GJK

CAPITAL ONE BANK (USA), N.A.,

      Defendant.
_____/

**ORDER**

This cause is before the court following review of the Stipulation for Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in which the parties stipulate to the dismissal of the above-captioned action in its entirety. (Doc. 25). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1278, 1279 (11th Cir. 2012).  Accordingly, the Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 13, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties